## UNITED STATES of America, Plaintiff–Appellee

### v.

### Steven McGREW, Sr., also known as Big Steve, Defendant–Appellant.

### Nos. 14–10142, 14–10150
### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 25, 2016.

James Wesley Hendrix, Assistant U.S. Attorney, Brandon Nelson McCarthy, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Steven McGrew, Sr., Huntsville, TX, pro se.

Douglas C. Greene, Sr., Esq., Greene Law Firm, Arlington, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Steven McGrew, Sr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). McGrew has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of McGrew's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as McGrew's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to with-

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**312**

draw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. McGrew's motion to proceed pro se on appeal is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir.1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.